# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE,<br>1705 DeSales St., NW, Suite 500,<br>Washington, D.C. 20036<br><br>　　*Plaintiff,*<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br>1300 Pennsylvania Avenue NW,<br>Washington, D.C. 20229<br><br>　　*Defendant.* | Civil Action No.: 1:17-cv-00708 |

## JOINT PROPOSED SCHEDULE FOR DISCLOSURE

Pursuant to this Court's July 5, 2017 Minute Order, the parties respectfully submit the following Joint Proposed Schedule for Disclosure:

1. After Defendant U.S. Customs and Border Protection ("CBP") filed its Answer on July 3, 2017 (DE 6), counsel for the parties have conferred several times regarding the current status of CBP's search for and production of non-exempt, responsive agency records.

2. Based on these discussions, the parties have agreed that Defendant will endeavor to make a first production of responsive records on or around August 15, 2017.

3. The parties will then confer regarding outstanding issues and propose that they submit a new status report, or, if agreement on any outstanding issues cannot be reached, a proposed briefing schedule on or before August 31, 2017.

Date: July 20, 2017　　　　　　　　　　　Respectfully submitted,

/s/ R. Andrew Free
R. ANDREW FREE
TN Bar Registration No. 30513
Law Office of R. Andrew Free
P.O. Box 90568
Nashville, TN 37209
Tel. 844-321-3221
Fax: 615-829-8959
Andrew@immigrantcivilrights.com

*Co-Counsel for the Plaintiff*


CHAD A. READLER
Acting Assistant Attorney General

BETSY SHAPIRO
Deputy Director, Federal Programs Branch

 /s/ Kari E. D'Ottavio
KARI E. D'OTTAVIO
NY Bar Registration No. 5338785
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: (202) 305-0568
Fax: (202) 616-8470
kari.e.d'ottavio@usdoj.gov

*Attorneys for Defendant*