**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE, </br></br>Plaintiff, </br></br>v. </br></br>U.S. CUSTOMS AND BORDER PROTECTION, </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 1:17-cv-00708-CRC |

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion for summary judgment, it is hereby ORDERED that the motion is GRANTED and final judgment is ENTERED for Defendant in the above-captioned matter.

SO ORDERED.

Dated: _____          _____
                                                       HON. CHRISTOPHER R. COOPER
                                                       United States District Judge