# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE,  )<br>)<br>*Plaintiff,*  )<br>)<br>v.  )<br>)<br>U.S. CUSTOMS AND BORDER PROTECTION,  )<br>)<br>*Defendant.*  ) | Civil Action No.: 1:17-cv-00708 |

### PLAINTIFF'S UNOPPOSED MOTION TO STAY BRIEFING DEADLINES

Plaintiff hereby respectfully moves for an Order staying all briefing deadlines in this case. The requested stay of proceedings will permit the parties, through their respective counsel, to continue to pursue discussions that may narrow, if not eliminate, the issues before this Court on summary judgment.

Counsel for the Plaintiff has conferred with counsel for the Defendant, who indicated this Motion is <u>unopposed</u>.

Date: March 22, 2018                    Respectfully submitted,

/s/ R. Andrew Free
**R. ANDREW FREE, No. 30513**
P.O. Box 90568
Nashville, TN 37209
Tel. 844-321-3221x1
Fax: 615-829-8959
Andrew@immigrantcivilrights.com
*Co-Counsel for the Plaintiff*

1