UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant. | Civil Action No. 1:17-cv-00708-CRC |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated May 3, 2018, the parties have conferred and have come to an agreement on one additional search the agency will undertake in an effort to resolve any challenge to the adequacy of CBP's search efforts to date. Per Plaintiff's suggestion, the agency has agreed to search the email records of the Director of the Vetting Center using the search terms "executive order," "EO," or "E.O." from the time period January 27, 2017 to April 7, 2017.[1] At this time, CBP is unable to state with certainty when it will be able to complete production of responsive, non-exempt records resulting from the anticipated additional search, if

---

[1] Defendant maintains that between November 9, 2016 and June 6, 2017, the only change to the operation of Global Entry in terms of membership eligibility was as a result of Executive Order 13,769, which was issued on January 27, 2017 and enjoined on February 3, 2017, as explained in the Declaration of Patrick Howard attached to Defendant's Motion for Summary Judgment, ECF No. 15. Defendant therefore maintains that the most reasonable timeframe for the anticipated additional search is January 27, 2017 to February 4, 2017. In an effort to accommodate Plaintiff's request, Defendant has agreed to a broader timeframe. If the search results are voluminous and appear to be largely unresponsive, the parties will discuss ways to narrow the results.

any. However, CBP endeavors to "promptly" make available to Plaintiff any responsive, non-exempt records, in accordance with its obligations under 5 U.S.C. § 552(a)(3)(A).

The parties have also conferred about Plaintiff's potential withholding challenges, and Plaintiff has decided not to challenge any withholdings that CBP has made in the records released.

Dated:  May 11, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Kari E. D'Ottavio
KARI E. D'OTTAVIO
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel.: (202) 305-0568
Fax: (202) 616-8470
Email: kari.e.d'ottavio@usdoj.gov

*Counsel for Defendant*

/s/ R. Andrew Free
R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
Tel.: (844) 321-3221
Fax: (615) 829-8959
Email: andrew@immigrantcivilrights.com

*Co-Counsel for Plaintiff*